Williams

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>  S. Anderson                    4-4-08 |
| 1. Article Addressed to:<br><br>D. T. Marshall<br>Sheriff<br>115 S. Perry Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered         ☒ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. |
| 2:08CV242 pet/order ans due 4/25 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0003 0380 4476 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540