Williams

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Troy King,
Attorney General of Alabama
303 State House
11 S. Union St.
Montgomery, AL 36130

2:08cv242 petition ans due 4/25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Rosa Davis

C. Date of Delivery
4/4/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

Appeals

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 2560 0003 0380 4469

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540