IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS RAYMOND WILLIAMS,** | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Case No.: 2:08-CV-242-MEF-WC |
| | * |
| **STATE OF ALABAMA, et al.,** | * |
| | * |
| Respondents. | * |

## NOTICE OF APPEARANCE

COME NOW Constance C. Walker and the law firm of Haskell Slaughter Young & Gallion, LLC, and file this notice of appearance as counsel for the Respondent D. T. Marshall, Sheriff of Montgomery County, Alabama.

Respectfully submitted this 16th day of April, 2008.

                                                                 s/ Constance C. Walker
                                                                 Constance C. Walker (ASB-5510-L66C)
                                                                 Attorney for Respondent D. T. Marshall

**OF COUNSEL**:

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
334-264-7945 (fax)
ccw@hsy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert Troy Teague
906 South Perry Street, Suite 201
Montgomery, Alabama  36104
334-834-5553
334-834-5553 Facsimile
teague345@hotmail.com

-and-

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in the United States Mail, sufficient first class postage prepaid, on this the 16th day of April, 2008 addressed as follows:

Carlos Raymond Williams
c/o Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36102-4599

                                                    s/*Constance C. Walker*
                                                    Of Counsel

32743

50051-628