IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Carlos Raymond Williams,  )
  )
  Plaintiff,  )
  )
v.  )  CASE NO. 2:08cv242-MEF
  )
State of Alabama, et al.,  )
  )
  Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW D. T. Marshall, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____
_____              _____
_____              _____

4/16/2008                            /s/Constance C. Walker
Date                                 (Signature)

                                     Constance C. Walker (ASB-510-L66C)
                                     (Counsel's Name)

                                     D. T. Marshall
                                     Counsel for (print names of all parties)
                                     Haskell Slaughter Young & Gallion, LLC
                                     Post Office Box 4660, Montgomery, Alabama 36103-4660
                                     Address, City, State Zip Code
                                     334-265-8573
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail and U. S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _16th___ day of _April_____ 20_08_, to:

Robert Troy Teague, 906 S. Perry St., Suite 201, Montgomery, Alabama 36104

Carlos Raymond Williams, c/o Montgomery Co. Detention Facility, P. O. Box 4599, Montgomery, AL  36102

| | |
|---|---|
| 4/16/2008 | /s/Constance C. Walker |
| Date | Signature |