IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS RAYMOND WILLIAMS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) CASE #: 2:08-CV-242-MEF |
| | )            (WO) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Respondents. | ) |

**RESPONDENTS' REQUEST FOR EXTENSION OF TIME**

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a twenty (28) day extension of time from the due date, in which to file their response as directed by this Court's April 3, 2008 SHOW CAUSE order. The Respondents request this extension on the following grounds:

    1. The original due date for this response was Friday, April 25, 2008.

    2. Undersigned counsel has been involved in other work in the federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to review and complete Respondent's Answer.

3. If this Court were to grant this request for an extension of time, the response will be due on May 23, 2008. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to May 23, 2008.

                Respectfully submitted,

                Troy King (KIN047)
                Attorney General
                By:

                /s/Madeline Hinson Lewis
                Madeline Hinson Lewis
                Assistant Attorney General
                11 South Union
                Montgomery, AL  36130-0152
                Telephone:  (334) 242-7300
                Fax:  (334) 242-2848
                E-Mail:  mlewis@AGO.State.Al.US

## CERTIFICATE OF SERVICE

I hereby certify that on this the <u>22nd</u> day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: <u>Honorable Robert Troy Teague, 906 South Perry St, Suite 201, Montgomery, AL 36104</u>.

        /s/ Madeline Hinson Lewis
        Madeline Hinson Lewis (HIN032)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone:  (334) 242-7300
        Fax:  (334) 242-2848
        E-Mail:  Mlewis@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300

632706/120268-001