IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS RAYMOND WILLIAMS, | * | |
| Petitioner, | * | |
| v. | * | 2:08-CV-242-MEF |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on April 22, 2008. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (*Doc. No. 7*) is GRANTED; and

2. Respondents are GRANTED an extension from April 25, 2008 to and including May 23, 2008 to file their answer.

Done, this 22nd day of April 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE