IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS RAYMOND WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE #: 2:08-CV-242-MEF |
| | ) (WO) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, the State of Alabama, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

The State of Alabama, a party named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, has been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


/s/Madeline Hinson Lewis
Madeline Hinson Lewis
Assistant Attorney General
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  mlewis@AGO.State.Al.US

## CERTIFICATE OF SERVICE

I hereby certify that on this the <u>24th</u> day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: <u>Honorable Robert Troy Teague, 906 South Perry St, Suite 201, Montgomery, AL 36104</u>.

/s/ Madeline Hinson Lewis
Madeline Hinson Lewis (HIN032)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  Mlewis@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300

632706/120268-001