# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CARLOS RAYMOND WILLIAMS,** | ] |
| Petitioner, | ] |
| vs. | ] Civil Action No. 2:08cv-242-MEF |
| **STATE OF ALABAMA, etc., et al.,** | ] |
| Respondents. | ] |

## RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW Respondent D. T. Marshall, Sheriff of Montgomery County, Alabama, and for response to the Petition for Writ of Habeas Corpus, incorporates herein and adopts the arguments and defenses of the Respondent State of Alabama filed in its Answer on May 23, 2008, Doc. # 11.

\s\ Constance C. Walker
Constance C. Walker (ASB-5510-L66C)
Attorney for Respondent D. T. Marshall

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 23rd day of May, 2008, filed the foregoing with the clerk of the court using the CM/ECF system that will send notification to the following counsel:

Madeline Hinson Lewis
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

Robert Troy Teague
906 South Perry Street, Suite 201
Montgomery, Alabama 36104


                \s\ Constance C. Walker
                OF COUNSEL