IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS RAYMOND WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:08-cv-242-MEF |
| | ) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

On June 18, 2010, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief filed by Carlos Williams is DENIED and DISMISSED with prejudice.

DONE this the 7th day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE